CORINE CARR *v.* CONNEX CREDIT UNION
(AC 31153)

Harper, Lavine and Beach, Js.

Submitted on briefs January 8—officially released June 29, 2010

Per Curiam. The judgment is affirmed.

HERBERT JACKSON *v.* COMMISSIONER OF
CORRECTION
(AC 30680)

Lavine, Alvord and Bear, Js.

Submitted on briefs May 26—officially released June 29, 2010

Per Curiam. The appeal is dismissed.

CITIBANK (SOUTH DAKOTA) N.A. *v.* RICHARD M.
FARINA
(AC 31635)

DiPentima, C. J., and Bear and Schaller, Js.

Argued June 1—officially released June 29, 2010

Per Curiam. The judgment is affirmed.